IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Richard L. Cornforth, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  CIV-10-1003-L |
| | ) | |
| Edward A. Goldman, d/b/a Goldman Law, PLLC, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Pursuant to the terms of my senior status service, this case is ordered returned to the Clerk of Court for reassignment to another judge.

IT IS SO ORDERED this 16th day of September, 2010.

_____
TIM LEONARD
United States District Judge