IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD L. CORNFORTH, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) Case No. CIV-10-1003-F |
| EDWARD A. GOLDMAN, d/b/a GOLDMAN LAW, PLLC, | ) ) ) ) |
| Defendant. | ) |

## **RECUSAL ORDER**

Pursuant to 28 U.S.C. §455, I recuse from the above-referenced case and direct the Clerk of the Court to place this case number in the random draw for reassignment to another judge of this court.

IT IS SO ORDERED this 17th day of September, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-1003p001.wpd