Richard L. Cornforth
1820 N. Glade Avenue
Bethany, Oklahoma 73008
(386) 747-7000

**RECEIVED**

OCT - 1 2010

Clerk, U.S. District Court
WEST. DIST. OF OKLA.

The Honorable Vicki Miles-LaGrange
Chief Judge of the Western Federal District of Oklahoma
U.S. Courthouse, 200 N.W. Fourth Street, Room 3301
Oklahoma City, OK 73102

Dear Judge Miles-LaGrange:

    I am complaining to you under authority of Judicial Canon Three, Section B, (3) which provides:

*A judge should initiate appropriate action when the judge becomes aware of reliable evidence indicating the <u>likelihood</u> of unprofessional conduct by a <u>judge</u> or lawyer.*

    Your associate ( Stephen P. Friot ), as shown on pages 3 and 4 of the enclosed Rico Case Statement and further verified in the attached exhibits was part of a conspiracy to defraud me. The abuse of his name was repeatedly brought his attention but to no avail. The record verifies that Judge Friot is further implicated in a conspiracy against my rights, to wit:

    My complaint ( CIV-10-1003 ) was filed listing my correct address as 1820 N. Glade Avenue, Bethany, Oklahoma 73008, with phone number (386) 747-7000. Judge Friot, who was the second assigned judge, confessed privy to the underlying issues and recused. My address and phone number were changed to my old address and phone number from three and half years ago. Notice of transfer was sent to a wrong address and was returned September 24th. EXPLANTION: When the first judge, Judge Leonard, perused the complaint, Judge Leonard apparently realized the inescapable conclusions that Eddie Goldman is guilty, not only of gross violations of the Fair Debt Collections Practices Act, but racketeering as well, and punted the case. Friot was the second judge

1

but realized that I had evidence which would warrant his disqualification and punted but apparently not without making sure that the transfer to Judge Russell was mailed to my old address where my ex would become aware that I had filed something in federal court, panic, and call Goldman, thereby enabling Goldman to sabotage the complaint without proof of any direct, ex parte communications between Friot and his co-conspirator, Eddie Goldman.

Based on these incidents as well as my awareness of Judge Friot's mistreatment of my friend who he fined and sanctioned for no reason whatsoever other than to benefit a fellow member of the OBA who admitted on the record that he had lied in a state court proceeding to gain advantage, It is a reasonable conclusion that a priority of Judge Friot is making sure that members of the Oklahoma Bar Association with whom Judge Friot is personally acquainted have absolute authority to scam whomever they chose.

**NOTE: I would not use such harsh language or advocate such a drastic conclusion except that records now noticed to you verify Judge Friot's violation of judicial canons going far beyond the staid standard of judicial conduct that, "A judge should avoid even the <u>appearance</u> of impropriety." Judge Friot has corroborated my conclusion that he acted improperly by recusing in the referenced case.**

My theory is that Judge Friot's willful blindness and careless indifference aided and abetted the hate-filled and greed-driven scam machinated by Judge Friot's fellow OBA associates Eddie Goldman and Lisa Hammond. Were this not true, Judge Friot would have, on being noticed of the outrageous acts of Goldman and Hammond, taken necessary steps to see that Goldman and Hammond were disbarred and prosecuted as required at 18 U.S.C. §§ 3 & 4 and Oklahoma's Code of Professional Conduct.

Under the circumstances, in the light most favorable to Judge Friot, I feel Justice requires that all of Oklahoma's Federal Judges recuse in complaint CIV-10-1003 and that You make inquiry, reasonable under the circumstances, to learn and determine the following:

1. Does Judge Friot acknowledge receiving my inquiries regarding Judge Friot being used to: (a) evade a trial on the merits, and (b) machinate a 55-scond, ex parte, default trial where no witnesses appeared and testified to authenticated evidence yet I was defrauded of about $200,000.00 of money and property **and was subsequently ordered to surrender to be held in a debtor's prison**? If so, sworn statements should be obtained from Lisa K. Hammond regarding her use of Judge Friot to evade a trial on the merits including all proofs that Lisa K. Hammond was requested by Judge Friot to travel to Boston, whether Hammond had a validated leave of absence, and all expense vouchers for her alleged trip to Boston about March 20th of 2009. If Hammond is not able to verify all of the above, I feel that your Oath requires that you submit the matter to a Special Federal Grand Jury for the Grand Jury's determination of whether there is probable cause to indict Eddie Goldman, Lisa K. Hammond, and Stephen P. Friot for violation of 18 U.S.C. § 1346. If Judge Friot denies having actual notice of my inquires regarding the matter, I feel that both you and Judge Friot have a duty to obtain a sworn statement from Hammond. Should Judge Friot fail or refuse to cooperate in an investigation into the matter, I take the position that Judge Friot should be set to an inactive calendar while the Public Integrity Section of the United States Department of Justice investigates.

2. I also take the position that the interests of public safety and Homeland Security require that you, without formal pleadings for a Temporary Restraining Order or Preliminary Injunction, enjoin the Oklahoma County Sheriff, Lisa K. Hammond, Edward A. Goldman and/or any party acting for or in conjunction with the Sheriff, Hammond, or Goldman, from attempting to arrest me, not based on the Rules of Procedure but based on your duty to Act under Canon Three, Section B, (3) to prevent irreparable harm. It is further my position that you are not required to abstain from intervening in Oklahoma State Court proceedings by vacating the warrant in Oklahoma County case FD-2008-199 due to your of-oath duty to vindicate my rights reserved and protected by the Constitution of the United States as the so-called arrest warrant is void and lawfully unenforceable and is in fact a crime against the United States. Simply put, my life at this moment is in your hands.

3

Thanking you in advance for showing fidelity to Oath and Duty,

Richard L. Cornforth

September 30th 2010

PS – I just checked the annotations on 12, O.S. Sections 752, 753, 754, 1153, and 1154 and found nothing so far as published authorities which would in any way diminish the clear face of these statutes obviously intended to protect the public from the depredations of predatory lawyers such as Eddie Goldman.

4

1      THE COURT:  In the matter of Cornforth versus
2 Cornforth, I've been advised by Mr. Goldman, who was here
3 for a separate trial unrelated to this -- Mr. Cornforth came
4 in today to file some motions, and I was advised that the
5 parties wish to have a conference with the court.  Earlier
6 this afternoon I received a call from Judge Friot, from the
7 Western District of Oklahoma, who advised that I may be
8 requested to go to a conference on the 20th.
9      I advised Mr. Goldman to see if there's any
10 possibility we could move the trial to the 23rd.  I think
11 that is what is wished to be talked about today.  We've got
12 an opportunity to -- since Mr. Cornforth appeared today, I
13 decided it would probably be a good opportunity to address
14 this.
15      Mr. Goldman, did you-all have discussions?  I know
16 numerous things have been presented today that I believe my
17 bailiff has set for hearing.  Is that correct?
18           MR. GOLDMAN:  Yes.  That's set for March 6 at 3:30
19 p.m.
20           THE COURT:  Okay.  All right.  And those are the
21 filings that -- Mr. Cornforth, how many filings did you
22 bring in today to be set?
23           MR. CORNFORTH:  There were actually five.
24           THE COURT:  Okay.  And those are all now set March
25 6th?

## AFFIVAVIT

I, Richard L. Cornforth, of age and competent to testify, state as follows based on my own personal knowledge:

1. On February 23rd of 2009, I appeared in Oklahoma County Special Judge Lisa K. Hammond's office to docket motions. I discovered Eddie Goldman eating a sandwich in Hammond's office and learned that Goldman was also there to docket a motion for a date that Goldman knew that I would be traveling out of state. After I protested, Hammond called Goldman and me into her courtroom for an impromptu hearing. Goldman entered the courtroom from Hammond's office as I had seen him do on other occasions. I also witnessed Goldman using Hammond's phone as if it was his own.

2. During the hearing of February 23rd, I heard Hammond distinctly state, "Federal Judge Friot has asked me to meet with him in his office at 9:00 am on March 20th and I don't know how long that meeting will last," or words to that effect.

3. Hammond used the Judge Friot intrigue to avoid a trial on the merits to commence by agreement of the parties on March 23rd of 2009. Hammond, on March 23rd, meeting ex parte with Goldman and without my consent, agreed to a trial to commence on April 1st of 2009 when they both knew that I would be out of the state. I never received an order signed by Hammond setting a new trial date of April 1st of 2009.

4. The February 23rd hearing was not transcribed until March 25th enabling Hammond and Goldman to conspire with Hammond's court reporter, Amy Rhea, to alter the record regarding the Judge Friot intrigue and to excuse away Hammond's February 23rd ex parte with Goldman.

5. Before Hammond and Goldman reduced their phantom trial to judgment, I informed Stephen Friot no less than three times of the mischief of Hammond and Goldman conducting an unscheduled, ex parte, default trial on April 1st which according to OSCN lasted only 55 seconds that resulted in me being deprived of approximately $200,000.00 of money and property. Judge Friot refused to respond, thereby giving Stephen P. Friot complicity in the conspiracy to defraud by aiding and abetting and that's a fact, not an opinion.

6. I have seen direct evidence that the Oklahoma Bar Association is behind personal attacks on me.

7. Due to Stephen P. Friot's acts or omissions, I have been damaged financially, socially, and emotionally.

Pursuant to O.S. §12-426.
"I state under penalty of perjury under the laws of Oklahoma that the foregoing is true and correct.
October 1, 2010 _____   _____
(Date and Place)                  (Signature)"

The signed statement under penalty of perjury shall constitute a legally binding assertion that the contents of the statement to which it refers are true.