IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD L. CONFORTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-10-1003-R |
| | ) |
| EDWARD A. GOLDMAN d/b/a | ) |
| GOLDMAN LAW, PLLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The following pleadings of Plaintiff Richard L. Conforth are STRICKEN for the reasons stated:

1. Plaintiff's motion for declaratory judgment [Doc. No. 26] because such a motion is not recognized in motion practice; rather a declaratory judgment is properly sought by a Complaint.

2. Plaintiff's motions for partial summary judgment [Doc. Nos. 18 & 21], Memoranda in Support of those motions [Doc. Nos. 19 & 22] and Separate Statements of Adjudicative Facts as to Which There is No Dispute [Doc. Nos 20 & 23] because they fail to comply with LCvR 56.1.

IT IS SO ORDERED this 29th day of November, 2010.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE