# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD L. CONFORTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-10-1003-R |
| | ) |
| EDWARD A. GOLDMAN d/b/a | ) |
| GOLDMAN LAW, PLLC, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered herein this 29th day of November, 2010, it is ORDERED, ADJUDGED and DECREED that Defendant have judgment on Plaintiff's Complaint.

IT IS SO ORDERED this 29th day of November, 2010.

_[signature]_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE