**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **RICHARD L. CONFORTH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-10-1003-R |
| | ) |
| **EDWARD A. GOLDMAN d/b/a** | ) |
| **GOLDMAN LAW, PLLC,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court are Defendant's application for attorney fees, Doc. No. 43, and supplemental application for attorney fees, Doc. No. 44, wherein Defendant seeks an award of attorney fees pursuant to 15 U.S.C. § 1692k(a)(3). Plaintiff has not responded to Defendant's application. Therefore, pursuant to LCvR 7.1(e), in the Court's discretion, the application is deemed confessed and is granted. Moreover, based upon the record herein, including Plaintiff's pleadings and affidavit and Defendant's application and the exhibits thereto, the Court agrees with Defendant that this action was brought in bad faith and for the purpose of harassment, as a result of which Defendant should be awarded his attorney fees reasonable in relation to the work expended in defending this action. 15 U.S.C. § 1692k(a)(3). The Court also finds that Defendant's hourly rate of $225.00 and the amount of time expended by Defendant in defending this action and in seeking an award of fees, 16 hours, is reasonable in relation to those tasks and the actual work performed.

In accordance with the foregoing and pursuant to LCvR 7.1(e) and 15 U.S.C. § 1692k(a)(3), Defendant's application and supplemental application are GRANTED and Defendant is awarded his attorney fees in the amount of $3,600.00.

IT IS SO ORDERED this 18th day of January, 2011.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE